IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KATHY MAE HAWKINS, personal representative for the ESTATE OF LEAFY ANN LUNDIN,**

    Plaintiff,

v.

**KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST dba KAISER PERMANENTE, an Oregon nonprofit corporation, et al.,**

    Defendants.

Case No. 3:24-cv-00502-AB

ORDER

Before the court are Defendants Kaiser Foundation Health Plan of the Northwest, dba Kaiser Permanente's and Sungeyun David Cho's[1] motion [11] to dismiss and Kathy Mae Hawkin's unopposed motion [12] to remand this action to state court. The court GRANTS Ms. Hawkin's unopposed motion [12] and REMANDS this action to Clackamas County Circuit Court. Each party shall bear its own attorney's fees and costs related to the remand. Defendants' motion [11] to dismiss is DENIED as moot.

---

[1] The court previously granted Defendants Medronic, Inc.'s, Covidien LP's, Covidien Holding, Inc.'s, and Covidien Sales LLC's motion to dismiss Ms. Hawkin's only claim against them. **Dkt. No. 7.**

1 – ORDER

IT IS SO ORDERED.

DATED this 12th day of September 2024.

_____
Amy M. Baggio
United States District Judge

2 – ORDER